## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ANDREA PEDRO-FRANCISCO,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PAMELA BONDI, ATTORNEY** | § | |
| **GENERAL; KRISTI NOEM,** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | **No.  3:26-CV-00450-LS** |
| **HOMELAND SECURITY; TODD M.** | § | |
| **LYONS, ACTING DIRECTOR OF** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; MARISA FLORES,** | § | |
| **DIRECTOR, EL PASO FIELD OFFICE** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; AND CURTIS** | § | |
| **TAYLOR, MAJOR GENERAL, U.S.** | § | |
| **ARMY AT CAMP BLISS,** | § | |
| | § | |
| *Respondents.* | § | |

### FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 2, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**